IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DEANNE SCROGGIN HOOKER, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:16-cv-00708-SWW |
| | * |
| | * |
| LVNV FUNDING LLC; and | * |
| GAMACHE & MYERS, P.C., | * |
| | * |
| Defendants. | * |

ORDER

The motion [doc.#12] of plaintiff Deanne Scroggin Hooker to dismiss this action against defendants with prejudice is hereby granted.

IT IS SO ORDERED this 21st day of December 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE